IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL PANTANO | ) |
| | ) Civil Action No. 07-0228 |
| Plaintiff, | ) |
| | ) Judge Gary L. Lancaster |
| v. | ) |
| | ) Electronically Filed |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY (METLIFE) | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, upon review of Plaintiff's Stipulation of Dismissal, Without Prejudice, for the Purpose of Transferring to Arbitration, it is hereby **ORDERED** that the above matter is **DISMISSED**, without prejudice, and without any award of fees or costs by the Court.

Dated: 7/16/07

Gary L. Lancaster, USDJ