**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PAUL PANTANO, | Civil Action No. 07-0228 |
| Plaintiff, | The Honorable Gary L. Lancaster |
| v. | (ECF) |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for plaintiff, Paul Pantano, and counsel for Defendant, Metropolitan Life Insurance Company, that the Complaint against Defendant be and hereby is dismissed with prejudice and without fees or costs against any party.

**THE EMPLOYMENT RIGHTS GROUP**
Attorneys for Plaintiff
Paul Pantano

By:_____
    Joseph H. Chivers, Esq.

Dated:

**GREENBERG TRAURIG LLP**
Attorneys for Defendant
Metropolitan Life Insurance Company

By:_____
    J. Michael Riordan, Esq.

SO ORDERED

DATED: 8·8·08    , U.S.D.J.